**Order entered December 19, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01181-CV

### JAMES H. GENTRY, Appellant

### V.

### BENJAMIN N. SMITH, Appellee

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-03888-2018**

## ORDER

Before the Court is appellant's December 3, 2018 "Motion for Complete Paper Copy of Clerk's Record." In his motion, appellant acknowledges receipt of a paper copy of the clerk's record. He contends, however, that the clerk's record is incomplete because the docket sheet shows "10/17/18 Correspondence, Request for Transcript" and that document is not included in the clerk's record. The clerk's record may be supplemented if a "relevant item" has been omitted. *See* TEX. R. APP. P. 34.5(c)(1). Appellant does not explain how the Request for Transcript is a relevant item necessary to this appeal. Accordingly, we **DENY** his motion.

Appellant's amended brief correcting deficiencies noted in this Court's November 5, 2018 letter is currently due on December 27, 2018. On the Court's own motion, we extend that deadline to **January 11, 2019**.

/s/      ADA BROWN
         JUSTICE